

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2021

No. 04-21-00260-CR

Norberto **ADAME**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB000094D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

On July 26, 2021, appellant Norberto Adame filed a motion for a free reporter's record. He states in his motion that he is unable to pay for or give security for the reporter's record, and he requests an evidentiary hearing to provide proof of inability to pay or give security. On August 12, 2021, we ordered appellant to file by August 23, 2021, an affidavit regarding his purported inability to afford the payment of court costs. On August 13, 2021, the trial court reporter filed a volume of the reporter's record and a notification of late record. The reporter's record shows that the trial court set a hearing on the issue of appellant's indigency for September 1, 2021, at 9:00 a.m. The notification of late record states that the trial court has set the matter of appellant's indigency for a hearing and that the reporter's record can be completed within thirty days after indigency is granted.

The notification of late record is **NOTED**. Because the issue of appellant's indigency is now before the trial court and set for a hearing, we withdraw our order that appellant file an affidavit regarding his purported indigency in our court. We **ORDER** the trial court clerk to file a supplemental record containing the trial court's order and any findings required by Rule 145(f)(6) to this court not later than **September 10, 2021**.

_____
Rebeca C. Martinez, Chief Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court